NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**UNILOC 2017 LLC,**
*Appellant*

**v.**

**MICROSOFT CORPORATION,**
*Appellee*

_____

2024-1012

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00023.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2          UNILOC 2017 LLC V. MICROSOFT CORPORATION

(2)   Each side shall bear their own costs.

FOR THE COURT

December 27, 2023
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** December 27, 2023